# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:11-cr-89-Orl-31GJK

**HUD THYMAN THOMPSON**

## ORDER

This matter came before the Court on November 16, 2011, for consideration of a Report and Recommendation rendered by United States Magistrate Judge Gregory J. Kelly (Doc. No. 16), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on June 24, 2011 (Doc. No. 4). Defendant was represented at the hearing by Stephen J. Langs, Esquire, 201 South Orange Avenue #300, Orlando, Florida. Having heard from the parties, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **ADOPTED AND APPROVED**. The Petition on Probation (Doc. No. 4) is **GRANTED**.

2. The defendant is reinstated to supervision; however, as a sanction, the term of supervision is extended through December 31, 2012.

3. Beginning in December, 2011, the defendant shall serve one day each month at the Brevard County Sheriff's Work Farm, 2955 Pluckebaum Road, Cocoa, Florida. While at the "Farm," the defendant shall abide by all the rules and regulations of the program.

4. Defendant shall begin making monthly payments of $200.00 towards his restitution obligation in December, 2011.

5. All conditions previously set pursuant to the judgment entered in the Eastern District of Virginia on November 9, 2006 and filed in this court on April 11, 2011 (Doc. No. 3), except as modified herewith, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 16, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant